# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER ADAMS, | |
|     Plaintiff, | Case No. 2:11-cv-01150-JCM-GWF |
| vs. | **ORDER** |
| WAL-MART STORES, INC., | |
|     Defendant. | |

This matter is before the Court on the parties' failure to file a Joint Status Report. The Minutes of the Court dated July 13, 2011, required the parties to file a Joint Status Report regarding removed action no later than August 15, 2011. To date the parties have not complied. Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **September 6, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1 | Failure to comply may result in the issuance of an order to show cause why sanctions should not be
2 | imposed.
3 | DATED this 26th day of August, 2011.

```
                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge
```