1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JENNIFER ADAMS,                                    )
                                                   )
                        Plaintiff,                 )        Case No.  2:11-cv-01150-JCM-GWF
                                                   )
vs.                                                )        **ORDER**
                                                   )
WAL-MART STORES, INC.,                             )
                                                   )
                        Defendant.                 )
_____ )

        This matter is before the Court on the parties' failure to file a Joint Status Report.  The
Minutes of the Court dated July 13, 2011, required the parties to file a Joint Status Report regarding
removed action no later than August 15, 2011.  To date the parties have not complied.
Accordingly,

        **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than
**September 6, 2011,** which must:

        1.      Set forth the status of this action, including a list of any pending motions and/or
                other matters which require the attention of this court.

        2.      Include a statement by counsel of action required to be taken by this court.

        3.      Include as attachments copies of any pending motions, responses and replies thereto
                and/or any other matters requiring the court's attention not previously attached to the
                notice of removal.

. . .

. . .

. . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be

2  imposed.

3         DATED this 26th day of August, 2011.

4

5  _____

6  GEORGE FOLEY, JR.
   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2